1  PHILLIP A. TALBERT
   Acting United States Attorney
2  TODD A. PICKLES
   MICHAEL M. BECKWITH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:15-CR-235 TLN
12 |                   Plaintiff,        | UNITED STATES'S REQUEST TO RECALL
   |                                     | WARRANTS AND TO ISSUE NOTICES TO
13 |             v.                      | APPEAR FOR CONSTANTIN SCHILLER AND
   |                                     | MARCELLE BANAGA; ORDER
14 | DUMITRU MARTIN, *et al*.            |
15 |                   Defendants.       |

16

17    **TO THE HONORABLE KENDALL J. NEWMAN:**

18        On December 18, 2015, the Grand Jury returned an indictment charging Constantin Schiller and

19 Marcelle Banaga each of one count of conspiracy to commit bribery, violation of 18 U.S.C. § 371, and

20 one count of bribery of a public official, in violation of 18 U.S.C. § 201.  Arrest warrants were issued for

21 each defendant, who, heretofore, resided in the country of Romania.  The United States has been

22 informed that defendants Mr. Schiller and Mr. Banaga have voluntarily traveled to the United States in

23 order to respond to the criminal allegations set forth against them in the Indictment in the above-

24 captioned case and desire to make their initial appearance before this Court today, March 18, 2016.

25        Accordingly, based on this information, the United States hereby respectfully requests that the

26 arrest warrants issued for Mr. Schiller and Mr. Banaga in this case be recalled immediately and that

27 notices to appear be issued forthwith commanding the appearance of Mr. Schiller and Mr. Banaga for an

28 arraignment on Wednesday, March 18, 2016 at 2:00 p.m. before this Honorable Court.

Respectfully submitted,

Dated: May 18, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys

### **ORDER**

For the reasons stated above, and good cause showing, the Court hereby ORDERS that the arrest warrants for Constantin Schiller and Marcelle Banaga are RECALLED IMMEDIATELY and that notices of appear shall BE ISSUED FORTHWITH ordering each defendant to appear for arraignment on the Indictment on May 18, 2016, at 2:00 p.m., before this Court.

IT IS SO ORDERED.

Dated: May 18, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE