ALIN D. CINTEAN (SBN240160)
555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@SacramentoDefenseAttorney.com

Attorney for Defendant
MARCELLE BANAGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  PLAINTIFF<br><br><br><br>MARCELLE BANAGA<br><br><br><br>  DEFENDANT | CASE NO.: **2:15-CR-00235-TLN**<br><br>**ORDER RELEASING PASSPORT TO DEFENDANT**<br><br><br><br>JUDGE: HONORABLE<br>         CAROLYN K. DELANEY |

   Upon review and consideration of Defendant's Motion to Modify Conditions of Pretrial Release [ECF No. 181], the Court GRANTS the motion, as stated on the record during the hearing on September 20, 2016, and hereby orders the Clerk of the Court to release the defendant's passport [ECF Nos. 75] to the defendant, Marcelle Banaga, for purposes of his approved international travel to Romania.

   IT IS SO ORDERED.

Dated:  September 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE