ALIN D. CINTEAN (SBN240160)
555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@SacramentoDefenseAttorney.com

Attorney for Defendant
MARCELLE BANAGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: **2:15-CR-00235-TLN** |
| PLAINTIFF | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; ORDER |
| MARCELLE BANAGA | |
| DEFENDANT | |

### I.  STIPULATION

Defendant Marcelle Banaga by and through his counsel of record and plaintiff United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, the judgment and sentencing hearing for Mr. Banaga is currently set for October 26, 2017.

2. By this stipulation, the parties jointly request that the judgment and sentencing hearing in this matter be continued to January 25, 2018 at 9:30 a.m., and that the dates for preparation of the sentencing memoranda be reset based on the sentencing date of January 25, 2018.

1

STIPULATION TO CONTINUE
JUDGEMENT AND SENTENCING, ORDER

3. The continuance request is due to a significant personal matter that affects the availability of defense counsel to prepare for the sentencing.

4. Additionally, defendant, Mr. Banaga, through his counsel, expressly agrees that he will appear before the Court on the date of January 25, 2018, and acknowledges that his failure to appear on that date may result in his immediate incarceration, that the United States may file additional charges for his failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. §5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

Dated: 10/12/2017

/s/ *Alin D. Cintean*
Alin D. Cintean

/s/ *Michael M. Beckwith*
Michael M. Beckwith
Todd A. Pickles

STIPULATION TO CONTINUE
JUDGEMENT AND SENTENCING, ORDER

**ORDER**

This matter came before the Court on the parties' stipulation to request a continuance of the judgment and sentencing hearing for defendants Marcelle Banaga. For the reasons stated above, and good cause showing, the Court GRANTS the parties' request and CONTINUES the judgment and sentencing hearing to January 25, 2018 at 9:30 a.m. The dates for the preparation of the sentencing memoranda are RESET based on the sentencing date of January 25, 2018.

IT IS FURTHER ORDERED THAT defendant Banaga shall personally appear on January 25, 2018 at 9:30 a.m. in this Court.

IT IS SO FOUND AND ORDERED this 13th day of October, 2017.

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
JUDGEMENT AND SENTENCING, ORDER

3