McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00235 TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; ORDER REQUIRING APPEARANCE OF DEFENDANTS |
| v. | |
| MARCELLE BANAGA, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Marcelle Banaga, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the judgment and sentencing hearings for Banaga was set for July 26, 2018.

2. By this stipulation, the parties jointly request that the judgment and sentencing hearing for Banaga be continued to November 8, 2018 at 9:30 a.m., and that the dates for preparation of the presentence investigation report, informal and formal objections, and the sentencing memoranda be reset based on the sentencing date of August 23, 2018. The continuance is necessary given travel restrictions that remain in place for Banaga to leave Romania.

3. Additionally, Banaga expressly agrees that he will appear before the Court on the date of November 8, 2018, and acknowledges that his failure to appear on that date may result in his immediate

incarceration, that the United States may file additional charges for his failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

4. Counsel for the defense agrees that he will have this stipulation and proposed order read or translated to his client in his own language, and will provide a copy of the Court's order to his client and directly inform him upon entry of the Court's order.

IT IS SO STIPULATED AND REQUESTED.

Dated: July 23, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys

Dated: July 23, 2018

*/s/ Alin Cintean (as authorized on 7/23/2018)*
ALIN CINTEAN
Counsel for Defendant
MARCELLE BANAGA

# ORDER

This matter came before the Court on the parties' stipulation to request a continuance of the judgment and sentencing hearing for defendant Marcelle Banaga. For the reasons stated above, and good cause showing, the Court GRANTS the parties' request and CONTINUES the judgment and sentencing hearing to November 8, 2018 at 9:30 a.m. The dates for the preparation of the presentence investigation report, informal and formal objections, and sentencing memoranda are RESET based on the sentencing date of November 8, 2018.

IT IS FURTHER ORDERED THAT defendant Banaga shall personally appear on November 8, 2018 at 9:30 a.m. in this Court.

IT IS SO FOUND AND ORDERED this 23rd day of July, 2018.

_____
Troy L. Nunley
United States District Judge