ALIN D. CINTEAN (SBN240160)
Attorney at Law
Criminal Law Specialist
California State Bar, Board of Legal Specialization
555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@SacramentoDefenseAttorney.com

Attorney for Defendant
MARCELLE BANAGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br><br>MARCELLE BANAGA<br><br>DEFENDANT | CASE NO.: **2:15-CR-00235-TLN**<br><br>[~~PROPOSED~~] **ORDER PERMITTING TEMPORARY TRAVEL**<br><br>JUDGE: HONORABLE<br>       ALLISON CLAIRE |

      Defendant Marcelle Banaga, currently on pre-trial release, seeks permission to travel from Romania, his country of residence, to Istanbul, Turkey, on October 10th, 2018, for a period not to exceed 5 days.

      Pre-trial Services officer Steven Sheehan and Assistant United States Attorneys Todd Pickles and Michael Beckwith have been notified of this request and have no objection to it.

      The itinerary concerning this request has been provided to Pre-trial Services.

1

Respectfully Submitted,

Signed: 10/1/2018                                       /s/ Alin D. Cintean
                                                        Alin D. Cintean, Attorney at Law


Signed: 10/2/2018                                       /s/ Todd Pickles
                                                        Todd Pickles
                                                        Assistant United States Attorney


Upon review and consideration of Defendant's request and the agreement of the parties, the Court GRANTS the request.


IT IS SO ORDERED.

October 2, 2018                                         _____
                                                        ALLISON CLAIRE
                                                        UNITED STATES MAGISTRATE JUDGE