ALIN D. CINTEAN (SBN240160)
Attorney at Law
555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@SacramentoDefenseAttorney.com

Attorney for Defendant
MARCELLE BANAGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: **2:15-CR-00235-TLN** |
|---|---|
| PLAINTIFF | **STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING TEMPORARY TRAVEL** |
| MARCELLE BANAGA, | JUDGE: HONORABLE ALLISON CLAIRE |
| DEFENDANT | |

    Defendant Marcelle Banaga, currently on pre-trial release, seeks permission to travel from Romania, his country of residence, to Antalya, Turkey, on April 26th through May 4th, 2019.

    Pre-trial Services Officer Steven Sheehan and Assistant United States Attorney Michael Beckwith have been notified of this request and have no objection to it.

////

////

////

The itinerary concerning this request has been provided to Pre-trial Services.

Respectfully Submitted,

Signed: 4/10/19                    */s/ Alin D. Cintean*
                                   Alin D. Cintean
                                   Attorney at Law


Signed: 4/10/19                    */s/ Michael Beckwith*
                                   Michael Beckwith
                                   Assistant United States Attorney


## [~~Proposed~~] Order

Upon review and consideration of Defendant's request and the agreement of the parties, the Court GRANTS the request and permits Mr. Banaga to travel to Antalya, Turkey, on April 26th through May 4th, 2019.

IT IS SO ORDERED.

Dated: April 11, 2019                    _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE