ALIN D. CINTEAN (SBN240160)
Certified Specialist in Criminal Law
California State Bar, Board of Legal Specialization

555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@CinteanLaw.com

Attorney for Defendant
MARCELLE BANAGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>MARCELLE BANAGA<br><br>DEFENDANT | CASE NO.: **2:15-CR-00235-TLN**<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; PROPOSED ORDER |

## I.     STIPULATION

Defendant Marcelle Banaga by and through his counsel of record and plaintiff United States of America, by and through its counsel of record hereby stipulate as follows:

   1. By previous order, the judgment and sentencing hearing for Mr. Banaga is currently set for April 23rd, 2020.

1

STIPULATION TO CONTINUE
JUDGEMENT AND SENTENCING, ORDER

2. By this stipulation, the parties jointly request that the judgment and sentencing hearing in this matter be continued to May 28th, 2020 at 9:30 a.m., and that the dates for preparation of the sentencing memoranda be reset based on the sentencing date of May 28th, 2020.

3. The continuance request is due to the need for additional time to gather information relevant to the sentencing from Romania.

Dated: April 16, 2020

/s/ *Alin D. Cintean*
Alin D. Cintean

/s/ *Michael M. Beckwith*
Michael M. Beckwith

STIPULATION TO CONTINUE
JUDGEMENT AND SENTENCING, ORDER

2

**ORDER**

This matter came before the Court on the parties' stipulation to request a continuance of the judgment and sentencing hearing for defendant Marcelle Banaga. For the reasons stated above, and good cause showing, the Court GRANTS the parties' request and CONTINUES the judgment and sentencing hearing to May 28, 2020 at 9:30 a.m. The dates for the preparation of the sentencing memoranda are RESET based on the sentencing date of May 28, 2020.

IT IS SO FOUND AND ORDERED this 16th day of April, 2020.

Troy L. Nunley
United States District Judge

STIPULATION TO CONTINUE
JUDGEMENT AND SENTENCING, ORDER

3