Alin D. Cintean (#240160)
Attorney at Law
Certified Specialist in Criminal Law
California State Bar, Board of Legal Specialization

555 Capitol Mall, Suite 755
Sacramento, California 95814
Telephone: (916) 441-3500

Attorney for Defendant
Marcelle Banaga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) Case No.  2:15-CR-0000235-TLN |
| Plaintiff, | ) ORDER FOR SUBSTITUTION OF |
| | ) ATTORNEY |
| v. | ) |
| MARCELLE BANAGA, | ) |
| Defendant, | ) |

It is respectfully requested that Attorney Alin D. Cintean be relieved as attorney of record in the above captioned case due to his recent appointment as a Sacramento Superior Court Commissioner and that Attorney Shari Rusk,  PO Box 188945, Sacramento, California 95818; telephone number (916)804-8656, be substituted in as appointed counsel for Mr. Banaga. Mr. Banaga does not have the funds to currently retain an attorney and seeks appointed counsel. Mr. Banaga does qualify for appointed counsel and a completed CJA23 form is being submitted.

Dated:  August 24, 2020

Respectfully submitted,

/s/ *Alin Cintean*
Alin D. Cintean
Attorney

-1-

1

2          I accept the substitution and ask to be appointed.

3

4    DATED:  August 25, 2020

5                                                    /s/ Shari Rusk
                                                     Shari Rusk
6                                                    Attorney at Law

7          I consent to the substitution.

8    DATED: August 25, 2020

9

10                                                   /s/ Marcelle Banaga
                                                     Marcelle Banaga
11                                                   Defendant

12
                                  **O R D E R**
13

14   IT IS SO ORDERED.

15   DATED: August 27, 2020

16

17                                                   Troy L. Nunley
                                                     United States District Judge
18

19

20

21

22

23

24

25

26

27

28

-2-